684 A.2d 1067

**In re Daniel M. PREMINGER, Esq.**

**Appeal of COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1996.

Decided Nov. 8, 1996.

Thomas D. Schneider, for Com.

David M. McGlaughlin, Philadelphia, for Daniel Preminger.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.